UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PENA ACEVEDO,<br><br>                    Petitioner,<br><br>          v.<br><br>SEC'Y OF CORR.,<br><br>                    Respondent. | ) Case No. EDCV 17-0461-PSG (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that the Petition be dismissed with prejudice and Judgment be entered dismissing this action.

DATED: May 6, 2019                    _____
                                       PHILIP S. GUTIERREZ
                                       U.S. DISTRICT JUDGE