**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO PENA ACEVEDO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SEC'Y OF CORR.,<br><br>　　　　Respondent. | Case No. EDCV 17-0461-PSG (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 6, 2019

　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE